# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0445
Lower Tribunal No. 09-CF-020522

_____

DEREK D. DURANT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Bruce Kyle, Judge.

April 28, 2026

PER CURIAM.

AFFIRMED.

WHITE, SMITH and KAMOUTSAS, JJ., concur.


Derek D. Durant, Indiantown, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED